

# Fourth Court of Appeals
## San Antonio, Texas
October 23, 2015

No. 04-15-00345-CR

Enrique **MATA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-05-00028-CRL
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of his right to file his own brief. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). The State has filed a letter waiving its right to file an appellee's brief unless the appellant files a *pro se* brief.

If the appellant desires to file a *pro se* brief, he must do so within sixty days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files a *pro se* brief, the State may file a responsive brief no later than thirty days after the date the appellant's *pro se* brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court